UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
CHARLENE WOODS, individually and on )
behalf of A.P., her minor child,    )
                                    )
    Plaintiffs,                     )
                                    )   Civil Action No.
    v.                              )   17-11853-FDS
                                    )
GLAXOSMITHKLINE LLC,                )
                                    )
    Defendant.                      )
_____)

ORDER TO SHOW CAUSE
AND GRANTING MOTION TO WITHDRAW

**SAYLOR, J.**

On May 26, 2016, this Court issued MDL Order No. 11, which required each plaintiff to complete a Plaintiff Fact Sheet. (Docket No. 252 at ¶ 14). That Order also required plaintiffs to include signed declarations and duly executed authorizations with their fact sheets. (*Id.*). Furthermore, the Court ordered that "questions on the fact sheets shall be treated as interrogatories under Rule 33 of the Federal Rules of Civil Procedure, and shall be subject to the rules applicable to such interrogatories . . . ." (*Id.* at ¶ 17).

It appears that plaintiffs have failed to comply with MDL Order No. 11. On February 27, 2018, GlaxoSmithKline LLC filed a motion to compel compliance with MDL Order No. 11. On March 14, 2018, attorney Daniel C. Burke, counsel for plaintiffs, filed a motion to withdraw as attorney due to his inability to secure plaintiffs' compliance with discovery obligations.

The motion to withdraw is GRANTED, effective April 4, 2018, or upon the filing of an appearance by a new counsel or a written notice by plaintiffs that they intend to proceed *pro se*.

1

New counsel, or plaintiffs proceeding *pro se*, are ORDERED to show cause in writing on or before that date, April 4, 2018, why this case should not be dismissed for failure to comply with discovery obligations. If good cause is not shown by that date, this action will be dismissed pursuant to Rule 37(b)(2)(A)(v).

**So Ordered.**

Dated: March 14, 2018

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge