UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
CHARLENE WOODS, individually and on )
behalf of A.P., her minor child, )
)
    Plaintiffs, )
) Civil Action No.
    v. ) 17-11853-FDS
)
GLAXOSMITHKLINE LLC, )
)
    Defendant. )
_____)

## ORDER OF DISMISSAL

**SAYLOR, J.**

On March 14, 2018, this Court ordered plaintiffs to show cause in writing on or before April 4, 2018, why this case should not be dismissed for failure to comply with discovery orders. Because plaintiff failed to show cause within that deadline, this action is hereby DISMISSED without prejudice pursuant to Rule 37(b)(2)(A)(v).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: April 25, 2018                              United States District Judge